FILED
United States District Court
Western District of Arkansas
May 15 2025
Office of the Clerk

# UNITED STATES DISTRICT COURT
Western District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| MACY RENEE PATTERSON | Case No.   5:22CR50018-001 |
|  | USM No.   82372-509 |
|  | Kevin Lammers |
|  | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violations:   Violation Numbers 1-23, 25, and 27-30.
☒ was found in violation of condition(s) count(s)   24 and 26

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Standard Condition No. 8: Association Restrictions | February 2024 |
| 2 | Special Condition No. 3: Treatment Noncompliance | February 22, 2024 |
| 3 | Special Condition No. 1: MRT Noncompliance | March 21, 2024 |
| 4 | Special Condition No. 1: MRT Noncompliance | April 11, 2024 |
| 5 | Special Condition No. 3: Treatment Noncompliance | April 12, 2024 |
| 6 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | April 25, 2024 |
| 7 | Special Condition No. 3: Treatment Noncompliance | May 13, 2024 |
| 8 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | May 16, 2024 |
| 9 | Special Condition Nos. 1 and 3: Treatment Noncompliance | May 30, 2024 |
| 10 | Special Condition No. 5: FOCUS Court Noncompliance | May 30, 2024 |
| 11 | Special Condition Nos. 1 and 3: Treatment Noncompliance | July 3, 2024 |
| 12 | Special Condition Nos. 1 and 3: Treatment Noncompliance | August 9, 2024 |
| 13 | Special Condition Nos. 1 and 3: Treatment Noncompliance | August 13, 2024 |
| 14 | Special Condition Nos. 1 and 3: Treatment Noncompliance | August 20, 2024 |
| 15 | Special Condition No. 5: FOCUS Court Noncompliance | September 3, 2024 |
| 16 | Special Condition No. 5: FOCUS Court Noncompliance | September 5, 2024 |
| 17 | Special Condition Nos. 1 and 3: Treatment Noncompliance | September 17, 2024 |
| 18 | Special Condition No. 1: MRT Noncompliance | September 26, 2024 |
| 19 | Special Condition No. 5: FOCUS Court Noncompliance | October 3, 2024 |
| 20 | Special Condition No. 5: FOCUS Court Noncompliance | October 3, 2024 |
| 21 | Special Condition No. 5: FOCUS Court Noncompliance | October 15, 2024 |
| 22 | Standard Condition No. 4: Answer the Probation Officer Truthfully | December 10, 2024 |
| 23 | Standard Condition No. 8: Association Restrictions | January 23, 2025 |
| 24 | Standard Condition No. 8: Association Restrictions | January 23, 2025 |
| 25 | Standard Condition No. 8: Association Restrictions | January 23, 2025 |
| 26 | Standard Condition No. 8: Association Restrictions | January 23, 2025 |
| 27 | Standard Condition No. 8: Association Restrictions | January 23, 2025 |
| 28 | Special Condition No. 1: MRT Noncompliance | January 28, 2025 |
| 29 | Standard Condition No. 1: Law Violation | February 9, 2025 |
| 30 | Standard Condition No. 7: Employment Noncompliance | February 10, 2025 |

The defendant is sentenced as provided on page   3   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s)   31   and is discharged as to such violation(s) condition.

AO 245D (Rev. 11/16)  Judgment in a Criminal Case for Revocations

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  0245

Defendant's Year of Birth:  2003

City and State of Defendant's Residence:
Centerton, Arkansas

May 14, 2025
Date of Imposition of Judgment

/s/ T.L.B.
Signature of Judge

Honorable Timothy L. Brooks, U.S. District Judge
Name and Title of Judge

May 15, 2025
Date

DEFENDANT:     MACY RENEE PATTERSON
CASE NUMBER:   5:22CR50018-001

Judgment — Page  3  of  3

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **eighteen (18) months. There is no term of supervised release to follow.**

☒ The court makes the following recommendations to the Bureau of Prisons:
**That the defendant be designated to FPC Bryan, if there is bedspace available within her classification level. Furthermore, the defendant should be permitted to participate in Certified Nursing Assistant training, cosmetology training, college courses, and/or mental health treatment.**

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____  ☐ a.m.  ☐ p.m.  on _____ .

  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☒ before 1 p.m. on  Thursday, June 5, 2025  .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

  Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
   DEPUTY UNITED STATES MARSHAL